IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGER MOORE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 06-5391 |
| | : | |
| MERCK & CO., INC., | : | |
| | : | |
| Defendant. | : | |

**IT IS HEREBY STIPULATED** by and between the undersigned parties to this action, that the claims of Plaintiff Roger Moore in the instant proceeding be dismissed, with prejudice, and without costs or fees to either party.

Respectfully submitted,

_____
Robert T. Vance, Jr., Esquire
Law Offices of Robert T. Vance, Jr.
100 South Broad Street
Suite 1530
Philadelphia, PA  19110

Robert J. LeRocca Esquire
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA  19107

Isaac H. Green, Jr., Esquire
51 South Keswick Avenue
Glenside, PA  19038

Attorneys for Plaintiff
Roger Moore

Dated: ~~April~~ May 14, 2008

_____
Michael J. Ossip (I.D. No. 30912)
Anne E. Martinez (I.D. No. 201189)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
215.963.5761 / 5718

Attorneys for Defendant
Merck & Co., Inc.

Dated: ~~April~~ May 14, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008, I served the foregoing Joint Stipulation of Dismissal with Prejudice on the following by U.S. Mail:

>Robert T. Vance, Jr.
>Law Offices of Robert T. Vance, Jr.
>100 South Broad Street, Suite 1530
>Philadelphia, PA 19110
>215 557 9550

Attorney for the Plaintiff

_____
Anne E. Martinez